**FILED**
NOV 05 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:25-cr-0253 TLN |
| | ) | |
| _____ | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/30/25

_____
Defendant's signature

_____
Signature of defendant's attorney

Daniel Olmos
_____
Printed name of defendant's attorney

_____
Judge's signature

[Choose a Judge], United States District Judge
_____
Judge's printed name and title