

1  ERIC GRANT
   United States Attorney
2  MICHAEL D. ANDERSON
   ROSANNE RUST
3  KATHRINE T. LYDON
   Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
6

7  Attorneys for Plaintiff
   United States of America
8

NOV 0 5 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
       DEPUTY CLERK

9             IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              CASE NO. 2:25-cr-0253 TLN

13              Plaintiff,

14        v.                                MOTION TO SEAL DOCKET

15  SEAN MCCLUSKIE,

16              Defendant.

17

18     The United States of America (the "government") hereby moves to seal the Information against

19  Sean McCluskie and the entire docket, including the Plea Agreement, the Waiver of Indictment, this

20  Motion to Seal, and the proposed Sealing Order. McCluskie's case is related to other investigations

21  which are neither public nor known or fully known to all of the subjects of those investigations. Public

22  filing may alert the subjects and targets to the ongoing investigations. Agents plan to conduct several

23  investigatory steps in the near future, including obtaining and executing a residential search warrant and

24  conducting interviews, which would benefit from subjects and targets continuing to be unaware of the

25  existence, nature, and extent of the case discussed in McCluskie's Information, Plea Agreement, and

26  other documents. There is reason to believe that alerting the subjects and targets of the related

27  investigations to the case filed against McCluskie and the contents of the filed documents would

28  seriously jeopardize the investigations, including by giving targets an opportunity to destroy or tamper

with evidence, change patterns of behavior, and tamper with potential witnesses. Accordingly, the government respectfully requests that the Court order that the docket be sealed until further order of the Court.

Dated: November 5, 2025

ERIC GRANT
United States Attorney

By: /s/ Katherine T. Lydon
MICHAEL D. ANDERSON
ROSANNE RUST
KATHERINE T. LYDON
Assistant United States Attorneys