| | |
|---|---|
| 1 | ERIC GRANT<br>United States Attorney |
| 2 | MICHAEL D. ANDERSON<br>ROSANNE RUST |
| 3 | KATHERINE T. LYDON<br>Assistant United States Attorneys |
| 4 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |

**FILED**

NOV 05 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>SEAN MCCLUSKIE,<br><br>         Defendant. | CASE NO. 2:25-cr-0253 TLN<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the entire file in the above-captioned matter be SEALED and shall not be disclosed to any person, unless otherwise ordered by the Court.

Dated: 11/5/25

_____
THE HONORABLE ALLISON CLAIRE
U.S. MAGISTRATE JUDGE