# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| *Subject:* | U.S. v. Sean McCluskie<br>2:25-cr-253 TLN | *Date:* | November 13, 2025 |
| *To:* | Nic Cannarozzi<br>**Courtroom Deputy to the**<br>**Hon. Jeremy D. Peterson**<br>**U.S. Magistrate Judge** | *From:* | **Katherine T. Lydon**<br>**Assistant U.S. Attorney**<br>**U.S. Attorney's Office** |

    Please place the defendant in the above-referenced case, Sean McCluskie, on calendar before Magistrate Judge Sean C. Riordan, on November 14, 2025, at 2:00 pm, for arraignment on the Information.

    Thank you for your assistance in this matter.