AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

NOV 1 4 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:25-cr-253 |
| | ) | |
| | ) | |
| Sean McCluskie | ) | |
| Defendant | | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/14/25

_____
Defendant's signature

_____
Signature of defendant's attorney

Daniel Olmos
_____
Printed name of defendant's attorney

_____
Judge's signature

Sean C. Riordan, United States Magistrate Judge
_____
Judge's printed name and title