```
ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-253 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGEMENT AND SENTENCING; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| SEAN MCCLUSKIE, | DATE: February 26, 2026 |
| Defendant. | TIME: 9:30 a.m. |
|  | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant pleaded guilty to the Information on November 20, 2025.

2. By previous order, this matter was set for status conference regarding judgement and sentencing on February 26, 2026.

///

///

///

///

///

STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE

1

     3.     By this stipulation, defendant now moves to continue the status conference until June 4, 2026. The government has no objection to the continuance.

     IT IS SO STIPULATED.

Dated:  February 23, 2026                         ERIC GRANT
                                                                         United States Attorney

                                                                         /s/ KATHERINE T. LYDON
                                                                         KATHERINE T. LYDON
                                                                         Assistant United States Attorney

Dated:  February 23, 2026                         /s/ DANIEL OLMOS
                                                                         DANIEL OLMOS
                                                                         Counsel for Defendant
                                                                         SEAN MCCLUSKIE

### [PROPOSED] ORDER

IT IS SO FOUND AND ORDERED this ____ day of _____, _____.

                                                       THE HONORABLE Troy L. Nunley
                                                       CHIEF UNITED STATES DISTRICT JUDGE