ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-253 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGEMENT AND SENTENCING; FINDINGS AND ORDER |
| v. | |
| SEAN MCCLUSKIE, | |
| Defendant. | DATE: February 26, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant pleaded guilty to the Information on November 20, 2025.

2. By previous order, this matter was set for status conference regarding judgement and sentencing on February 26, 2026.

///

///

///

///

///

STIPULATION AND ORDER REGARDING CONTINUANCE        1

3. By this stipulation, defendant now moves to continue the status conference until **June 4, 2026, at 9:30 a.m.**  The government has no objection to the continuance.

IT IS SO STIPULATED.

Dated:  February 23, 2026

ERIC GRANT
United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated:  February 23, 2026

/s/ DANIEL OLMOS
DANIEL OLMOS
Counsel for Defendant
SEAN MCCLUSKIE

## ORDER

IT IS SO FOUND AND ORDERED this 24th day of February, 2026.

Troy L. Nunley
Chief United States District Judge

Stipulation and Order Regarding Continuance           2