ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-253 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGEMENT AND SENTENCING; FINDINGS AND ORDER |
| v. | |
| SEAN MCCLUSKIE, | DATE: June 4, 2026. |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      Defendant pleaded guilty to the Information on November 20, 2025.

2.      By previous order, this matter was set for status conference regarding judgement and sentencing on June 4, 2026.

///

///

///

///

///

STIPULATION AND PROPOSED ORDER REGARDING
CONTINUANCE

1

3.      By this stipulation, defendant now moves to continue the status conference until August 6, 2026.   The government has no objection to the continuance.

IT IS SO STIPULATED.

Dated:  May 29, 2026

ERIC GRANT
United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated:  May 29, 2026

/s/ DANIEL OLMOS
DANIEL OLMOS
Counsel for Defendant
SEAN MCCLUSKIE

## ORDER

IT IS SO FOUND AND ORDERED.

Date: June 1, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REGARDING
CONTINUANCE

2